In re Avondale Industries, Inc.; Amoco Chemical Co.; BASF Corporation; Browning-Ferris Indus. Serv.; CIBA-GEIGY Corp; Gulf States Utilities; Hoechst Cela-nese Corp; Ingalls Shipbuilding, Inc.; T.L. James & Company, Inc.; Louisiana Paving Inc.; McDermott, Inc.; Mississippi Chemical Co.; Monsanto Company; Plantation Pipe Line Co., Reichhold Chemicals, Inc.; Shell Western Exp. & Prod., Inc.; Southern Scrap Material Co.; Triad Chemical Co.; Union Carbide Chem. & Plast. Co.; Uniroyal Chemical Co., Inc.; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA91 1473; Parish of Livingston, 21st Judicial District Court, Div. “B”, No. 50,212.
Denied.